# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH AUSTRIA, an individual; CINDERELLA MANINGAS, an individual<br><br>Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY, A LIBERTY MUTUAL COMPANY, a California corporation, authorized to do business in California, and DOES 1 through 25, inclusive;<br><br>Defendants. | Case No. 2:25-cv-03050-AH-SKx<br><br>**ORDER REMANDING CASE PURSUANT TO 28 U.S.C. § 1447(c)  [11]   [JS-6]** |

1  The Court, having reviewed and considered the Parties' stipulation for an
2  order limiting the amount in controversy and seeking remand to the Superior Court
3  of California, County of Los Angeles, and finding good cause shown, hereby orders
4  that, based on the Parties' stipulation, this action is hereby remanded to the
5  Superior Court of the State of California, County of Los Angeles pursuant to 28
6  U.S.C. § 1447(c). Each party shall bear her, his, and its own costs and fees relating
7  to the remand.

    IT IS SO ORDERED.

DATED: MAY 16 2025

_____
HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE